# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES KARL ELLIS,<br><br>Defendant. | Case No. CR-24-125-BLG-SPW<br><br><br><br>ORDER |

Upon the Defendant's Unopposed Motion for Release of United States Probation Records (Doc. 46), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's motion (Doc. 46) is **GRANTED**. The United States Probation Office shall provide counsel with a copy of Mr. Ellis's urinalysis results.

The Clerk of Court is directed to notify counsel and the U.S. Probation Office of the making of this Order.

DATED this 7th day of August, 2025.

_____
SUSAN P. WATTERS
United States District Court Judge

1